PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Judith A. Stewart, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Marcia B. Orr, and Eugene J. Rudnik, Jr., Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JAMES GRAHAM, Petitioner-Appellant.

(No. 60505;

First District (3rd Division)—July 3, 1975.

398

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.
No brief filed for the People.